1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff
8                      UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  DIDI T. LARA,                          )      No.  EDCV 15 – 5431 AS
11                                         )
12       Plaintiff,                        )      [PROPOSED] ORDER AWARDING
                                           )      EAJA FEES
13       v.                                )
14                                         )
    CAROLYN W. COLVIN,                     )
15  Commissioner of Social Security,       )
16                                         )
         Defendant.                        )
17  _____)

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20  THOUSAND ONE HUNDRED AND SIX DOLLARS AND 69/100 (**$2,106.69**)
21  subject to the terms of the stipulation.
22
23  DATE:  June 14, 2016          _____/ s /_____
24                                HON. ALKA SAGAR
25                                UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-